| | | | |
|---|---|---|---|
| Com. v. Owens | 12/22/2015707 MAL (2015) | Denied | Pa.Super., 131 A.3d 97 |
| Com. v. Parker | 10/28/2015473 EAL (2015) | Denied | Pa.Super., 121 A.3d 1137 |
| Com. v. Peck | 12/22/2015461 MAL (2015) | Denied | Pa.Super., 120 A.3d 1045 |
| Com. v. Ramzee | 12/22/2015685 MAL (2015) | Denied | Pa.Super., 131 A.3d 90 |
| Com. v. Reitz | 12/22/2015398 WAL (2015) | Denied | Pa.Super., 133 A.3d 82 |
| Com. v. Robinson | 10/28/2015273 EAL (2015) | Denied | Pa.Super., 121 A.3d 1131 |
| Com. v. Rudolph | 12/17/2015256 EAL (2015) | Denied | Pa.Super., 121 A.3d 1142 |
| Com. v. Ryerse | 12/22/2015622 MAL (2015) | Denied | |
| Com. v. Sawyer | 11/24/2015460 EAL (2015) | Denied | Pa.Super., 122 A.3d 1118 |
| Com. v. Scott | 11/24/2015417 EAL (2015) | Denied | Pa.Super., 122 A.3d 1124 |
| Com. v. Scott | 12/17/2015173, 174 WAL (2015) | Denied | Pa.Super., 121 A.3d 1121; 121 A.3d 1122 |
| Com. v. Smith | 11/24/2015436 EAL (2015) | Denied | Pa.Super., 122 A.3d 1140 |
| Com. v. Snyder | 12/17/2015505 MAL (2015) | Denied | Pa.Super., 122 A.3d 1120 |
| Com. v. Spanos | 10/28/2015177 WAL (2015) | Denied | Pa.Super., 121 A.3d 1130 |
| Com. v. Sparks | 12/22/2015224 WAL (2015) | Denied | Pa.Super., 122 A.3d 1126 |